DEBORAH G. LEVINE
CA State Bar No. 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA  94596
Tel. (925) 933-5100
Fax  (925)933-5297

Attorney for DELIN COLE

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. CR-09-00203-CW |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| DELIN COLE, | |
| Defendant. | |

     The defendant, by and through his attorney of record, DEBORAH G. LEVINE, and Assistant United States Attorney, GARTH  HIRE, hereby stipulate and ask the court to continue the Status Conference (regarding supervised release) currently set for June 24, 2015 at 1:00 p.m. and set the hearing for July 29, 2015 at 1 p.m.  for the following reasons:

     Counsel for Mr. Cole  has an appearance in District Court in San Francisco on U.S. v. Terrence Smith CR15-0041 CRB at 2:00 p.m. the same day  which cannot be rescheduled because it involves six other co-defendants.  United States Probation Officer, Connie Cook,  has been consulted and is available to appear July 29, 2015.  The parties, therefore,  request that the Status Conference in this matter be continued to July 29, 2015 at 1:00 p.m.

///

///

///

IT IS SO STIPULATED:

Dated: June 23, 2015    /s/Garth Hire
　　　　　　　　　　　　Garth Hire
　　　　　　　　　　　　Assistant United States Attorney

Dated: June 23, 2015    /s/Deborah G. Levine
　　　　　　　　　　　　DEBORAH G. LEVINE
　　　　　　　　　　　　Attorney for Delin Cole

### [~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

The currently scheduled June 24, 2015 Status Conference be continued to July 29, 2015 at 1:00 p.m. in front of the Honorable Claudia Wilken.

IT IS SO ORDERED

Dated: 06/24/2015

　　　　　　　　　　　　HONORABLE CLAUDIA WILKEN
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE